IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHRISTOPHER EDWARDS                                                                     PLAINTIFF

v.                              Case No. 4:22-cv-4056

SHERIFF GARY DORMAN, Hempstead County,
Arkansas; MANUEL RODRIGUEZ; DEPUTY
MICHAEL BRADDOCK; and BRENT MILLER,
Public Defender                                                                          DEFENDANTS

## ORDER

Before the Court is Plaintiff Christopher Edwards' Motion to Reopen Case. ECF No. 8. The Court previously dismissed this action without prejudice for Plaintiff's failure to prosecute this matter and obey orders of the Court. ECF No. 8. In the instant motion, Plaintiff states that mail issues and harmless error on his part resulted in the delayed actions and requests that the Court reopen this action. However, Plaintiff has not provided a compelling justification for his prior failures and the Court finds that this matter should not be reopened. Accordingly, Plaintiff's Motion to Reopen Case (ECF No. 8) is hereby **DENIED**. Because this matter was dismissed without prejudice, Plaintiff can bring his claims in a new suit if desired.

**IT IS SO ORDERED,** this 7th day of November, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge